**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JUSTIN POMPOSI, individually and on behalf of other similarly situated individuals,** | : <br> : <br> : <br> : | **CIVIL ACTION NO.:** <br> **3:09-CV-00340 (VLB)** |
| **Plaintiffs,** | : <br> : | |
| **V.** | : <br> : | |
| **GAMESTOP, INC.,** | : <br> : | **June 3, 2009** |
| **Defendant.** | : | |

**AFFIDAVIT OF RICHARD E. HAYBER**

**RICHARD E. HAYBER,** being duly sworn, deposes and says:

1.   I am counsel for Plaintiff in this action and believe in the obligations of an oath.  I have personal knowledge of the facts stated herein.

2.   I have been representing employees in wage / hour litigation for over ten years.

3.   My hourly rate for individual actions is $300 per hour.

4.   I believe that I would perform approximately 150 to 200 hours work to represent Mr. Pomposi if he were to hire me to bring an action on his behalf.  My fees would therefore be from $45,000 to $60,000.

5.   In addition, the costs associate with any such action would include the filing fee of $350 and the costs of deposition transcripts.  In this case, I believe we would need to take 2 to 4 depositions at a total cost of between $1,000 and $2,000.

6.   Mr. Pomposi claims damages in the amount of $11,000.  I cannot afford to take his case on a contingency basis, since 1/3 of $11,000 ($36,666) is simply not enough to

cover my fees.

7.   Even if I win and am awarded fees, I will have to wait several years until the end of
     the litigation, to collect.

8.   It is simply not a sound business decision to take matters like this into litigation
     without being paid on an hourly basis.

9.   I am usually willing to take FLSA matters on a contingency basis if they are
     collective actions.  If I am able to represent many employees at once, it is usually
     worth the risk of taking the case on a contingency basis.

10.  Most retail employees who make approximately $15.00 per hour, can only afford to
     hire me on a contingency basis.

I hereby swear, under penalty of perjury, that the above statements are true and accurate to the best of my knowledge and belief.

Richard E. Hayber

Personally appeared **Richard E. Hayber**, proving his identity to me, on this 3 day of June, 2009, and swore an oath under the penalty of perjury that the foregoing statement was his free act and deed and is true and accurate to the best of his knowledge and belief.

Joann Ricciardelli
Notary Public-Connecticut
My Commission Expires
August 31, 2012

Notary Public