**Exhibit A**

# APPLICATION FOR EMPLOYMENT
## AN EQUAL OPPORTUNITY EMPLOYER

## PERSONAL INFORMATION:

NAME Justin Pomposi

DATE 11/8/03

SOCIAL SECURITY NUMBER 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

PRESENT ADDRESS 30 Oriole Lane    CITY Plantsville    STATE CT    ZIP 0647

PERMANENT ADDRESS ___    CITY ___    STATE ___    ZIP ___

PHONE NO (860) 621-8855    CELL PHONE NO ( )

ARE YOU 17 YEARS OR OLDER? (Circle) **YES** NO

ARE YOU EITHER A U.S. CITIZEN OR AN ALIEN AUTHORIZED TO WORK IN THE UNITED STATES? YES X  NO ___

## EDUCATION:

| SCHOOL | NAME AND LOCATION OF SCHOOL | MAJOR MINOR | GRADUATED YES/NO | IF NO DEGREE # OF CREDITS |
|---|---|---|---|---|
| HIGH SCHOOL | Southington High School Southington CT 06489 | | Yes | |
| UNIVERSITY AND/OR COLLEGE | Central Connecticut State University New Britain CT | Biology Chem | No | 60 |
| GRADUATE SCHOOL | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

APPLYING FOR WHAT POSITION OR TYPE WORK? Sales

ARE YOU INTERESTED IN: ___ FULL-TIME  X PART-TIME  ___ TEMPORARY

| HOURS AVAILABLE TO WORK | | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|---|
| | AM | ALL | 3PM | 3PM | 3 PM | 6PM | 3PM | ALL |
| | PM | DAY | Close | Close | Close | Close | Close | DAY |

EXPECTED SALARY OR WAGE ✗

DATE AVAILABLE  Hrs 20-30ish

DO YOU HAVE ANY OBLIGATIONS THAT WOULD PREVENT YOU FROM WORKING THE DAYS AND HOURS INDICATED ABOV
YES ___ NO X  IF YES, PLEASE EXPLAIN ___

HAVE YOU EVER APPLIED FOR A POSITION OR BEEN EMPLOYED BY THE ELECTRONICS BOUTIQUE? YES ___ NO X
IF YES, STATE WHERE AND WHEN, NAME OF SUPERVISOR AND REASON FOR LEAVING. ___

ARE YOU ABLE TO RELOCATE? YES ___ NO X

HOW WERE YOU MADE AWARE OF OUR EMPLOYMENT OPPORTUNITIES?
___ NEWSPAPER AD
___ ON CAMPUS RECRUITING
___ JOB POSTING ___ MALL, ___ COLLEGE, ___ OTHER)
___ REFERRAL BY AN ASSOCIATE ___ NAME
___ OTHER REFERRAL
___ OTHER ___

___ WINDOW SIGN
___ WEB SITE
X AS A CUSTOMER
___ PUBLICATION
___ EMPLOYMENT AGENCY
___ WALK IN

OUR COMPANY DOES NOT DISCRIMINATE IN HIRING OR TERMS OR CONDITIONS OF EMPLOYMENT ON THE BASIS
RACE, COLOR, CREED, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY OR ANY OTHER BASIS UPON WHI
DISCRIMINATION IS PROHIBITED BY THE MUNICIPAL, STATE, OR FEDERAL LAW. NO QUESTION ON THIS APPLICATION
INTENDED TO SECURE INFORMATION TO BE USED FOR SUCH DISCRIMINATION.

(1 OF 3)

HAVE YOU EVER BEEN FIRED FROM PREVIOUS EMPLOYMENT? YES ____ NO _X_
IF YES, EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF OR PLEAD GUILTY TO A CRIME (FELONY OR MISDEMEANOR)? YES ____ NO _
IF YES, PROVIDE DETAILS WITH DATE OF CONVICTION AND SENTENCE _____

## A CONVICTION IS NOT AN AUTOMATIC BAR TO EMPLOYMENT.

### COMPUTER/SOFTWARE SKILLS:

LIST COMPUTERS YOU HAVE WORKED WITH  PC & MAC (PS2, GC, PS1, N64)
LIST SOFTWARE YOU ARE FAMILIAR WITH  Office, Excel, Acess,
LIST ADDITIONAL PC KNOWLEDGE AND BACKGROUND  Repair / Troubleshoot

### EMPLOYMENT HISTORY:

LIST ALL EMPLOYERS WITH CURRENT OR MOST RECENT EMPLOYMENT FIRST. LEAVE NO TIME UNACCOUNTED FOR
INCLUDE MILITARY SERVICE. IF LIMITED PREVIOUS EMPLOYMENT, LIST THREE PERSONS, NOT RELATED, WHO HAVE
KNOWN YOU FOR SOME TIME. USE A SECOND APPLICATION IF NECESSARY.

**PRESENT/LAST EMPLOYER:** Brunswick Superbowl Lanes
ADDRESS: 1300 S. Main St. Plantsville CT 06479
TELEPHONE NUMBER: 860 628-4553
SUPERVISOR'S NAME: Scott Christo
POSITION TITLE: Front end Operator / Closer
DATES EMPLOYED: 11/02 to current
BASE SALARY OR WAGE START: 8.75  CURRENT OR END: 8.75
SUMMARY OF DUTIES: Register / Console / Closing.
REASON FOR LEAVING: Still Employed

**FIRST PREVIOUS EMPLOYER:** Southington Park & Rec
POSITION TITLE: 
DATES EMPLOYED: 6/02 to 8/02
SUMMARY OF DUTIES: Maintenance
REASON FOR LEAVING: Summer Job

**SECOND PREVIOUS EMPLOYER:** Brunswick Superbowl Lanes
ADDRESS: 1300 S. Main St. Plantsville CT 06479
TELEPHONE NUMBER: 860 628-4553
SUPERVISOR'S NAME: Shawn Mell
POSITION TITLE: Prom / Short order cook
DATES EMPLOYED: 10/99 to 8/02
BASE SALARY START: 6.75  CURRENT OR END: 6.75
SUMMARY OF DUTIES: Cleaning / Food service
REASON FOR LEAVING: School in another state

**THIRD PREVIOUS EMPLOYER:** TOPS Super Market
ADDRESS: 875 Meriden Waterbury Tpk
TELEPHONE NUMBER: 860 621-5837
SUPERVISOR'S NAME: Betsy tookes
POSITION TITLE: Cashier
BASE SALARY START: 6.50  CURRENT OR END: 6.50
SUMMARY OF DUTIES: Register
REASON FOR LEAVING: Hoof Problem

MAY WE CONTACT YOUR CURRENT EMPLOYER? YES _X_ NO ____
PHONE ( 860 ) 628-4553

(2 OF 3)

OCCUPATIONAL REFERENCES;
(LIST PERSONAL REFERENCES IF YOU HAVE NO OCCUPATIONAL REFERENCES)

| CHECK ONE | NAME | OCCUPATION | YEARS KNOWN | PHONE NUMBER |
|---|---|---|---|---|
| ☒ OCCUPATIONAL REF. ☐ PERSONAL REF. | Scott Christopher | GM | 1 | 628-4553 |
| ADDRESS: 1300 S. Main ST Plantsville CT 06479 MAY WE CONTACT HIS REFERENCE NOW? YES | | | | |
| ☒ OCCUPATIONAL REF. ☐ PERSONAL REF. | Shawn McDowell | GM | 2 | 628-4553 |
| ADDRESS: 1300 S Main ST Plantsville CT 06479 MAY WE CONTACT HIS REFERENCE NOW? YES | | | | |
| ☐ OCCUPATIONAL REF. ☒ PERSONAL REF. | Matthew Pierry | | 13 | 860 628-5... |
| ADDRESS: 250 Worx Spring Road Plantsville CT 06479 MAY WE CONTACT HIS REFERENCE NOW? YES | | | | |

IN ORDER FOR THE COMPANY TO CONDUCT REFERENCE CHECKS PLEASE LIST HERE OTHER NAMES YOU HAVE USED WHILE EMPLOYED

# NOTICE TO ALL APPLICANTS:

**BE ADVISED THAT CONTINUED EMPLOYMENT MAY BE CONTINGENT UPON SUBJECT TO CONSENTING TO AND UNDERGOING DRUG TESTING, THE RESULTS OF WHICH MUST BE SATISFACTORY.**

**IMPORTANT: READ CAREFULLY BEFORE SIGNING**

I hereby certify that the answers I have given on this application are true and correct. I understand that any falsification, misrepresentation, misleading statement, or omission of fact on either this application or during the pre-hire process will be sufficient reason for:
1) My not being offered employment; or
2) Dismissal at any time from service of the company if employed.

I authorize the investigation of all statements made herein and authorize the references listed above to give you any and all information concerning my previous employment, or any information they have, personal otherwise.

I understand that as part of your procedure for processing my employment application, an investigative inquiry may be made into my background and I have received the Consumer Notice and Release form pursuant to the Fair Credit Reporting Act as amended.

I understand that this employment application is not a contract of employment. I understand that if hired employment will be at will, which means that either the company or I may terminate my employment at any time for any reason with or without cause. I further understand that no employee of the company is authorized to make any promises to the contrary, unless set forth in writing and signed by an officer of the company.

This application will remain active for a period of sixty days. I understand that if I am not hired within that period, the application will be deemed rejected, and a new application must be submitted for consideration.

DATE 11/8/05     SIGNATURE _____

(3 OF 3)