**Exhibit B**

## Store Manager at Store 608

### Job Summary

The Store Manager's primary function is to manage and assume total responsibility for the success of the store by driving sales and ensuring that the store staff provides friendly, enthusiastic customer service, in person and on the phone. Ensure that the store is clean, well organized, and properly merchandised at all times, and that all policies, procedures, and controls are followed. Responsible for all aspects of inventory control by protecting company property and assets and ensuring that store shrink is within company guidelines.

### Responsibilities
**CUSTOMER SERVICE**

- Responsible for ensuring that entire staff is trained to acknowledge all customers in a friendly, open manner with a warm welcome, and eye contact. Ensure that every customer is thanked for shopping at our store.
- Ensure that staff circulates throughout the store to assist customer(s) quickly and positively with product selection and questions; ensure that staff effectively assists multiple customers at one time.
- Listen, comprehend, and respond to customer comments/questions in person or on the phone using available resources.
- Ensure customers are shown products that fit their needs and that customers are asked for the sale.
- Ensure staff answers phone calls promptly, courteously and professionally and use proper greetings.
- Ensure staff consistently provides excellent customer service and informs customers about special promotions, magazine subscriptions, pre-purchases (reservations), used games, new items arriving (phone call lists) and the videogame trade-in program.
- Process customer purchases/return transactions promptly and correctly at point of sale, including manual recording of customer data on paper, making accurate change, placing merchandise in bags, removing receipt from the printer to give to customer, and suggesting additional items (add-on sales).
- Ensure customer complaints are handled quickly, effectively and courteously.
- Ensure associates comply fully with the Company's personal appearance policy. Ensure that all Associates wear name badges at all times.
- Build repeat customer base through knowledgeable, friendly, professional service.
- Manage staffing levels to achieve optimum customer service at all times.

**STAFF MANAGEMENT**

- Keep self and staff current on all company/store policies, procedures, and guidelines, including governmental regulations. Ensure they are adhered to by all associates.
- Manage the work of store staff including planning, organizing, and delegating tasks and following up to ensure proper completion.
- Provide timely and appropriate feedback to District Manager concerning staff performance and address issues as directed, including taking corrective/disciplinary action when appropriate.
- Ensure that associates properly record time worked and that weekly hours are transmitted accurately to Payroll.

- Responsible for recruiting, hiring, and training store staff in all aspects of their job responsibilities, including customer service and selling.
- Communicate clearly and regularly with store staff, store support center, District Manager, and Regional Director to ensure that all initiatives are implemented in a timely manner.
- Prepare and deliver annual performance appraisals to store staff.
- Responsible for store meeting sales, shrink and special program goals, and maximizing store sales potential.
- Schedule staff and delegate tasks/duties based on assigned store template guidelines.
- Ensures all associates are treated professionally and fairly, and that all associates treat one another with courtesy, dignity, and respect. Maintains professional relationships with peers, management, and store support center.

**LOSS PREVENTION/INVENTORY CONTROL**

- Protect company assets through effective inventory control and Loss Prevention practices.
- Ensure staff complies with all sale, exchange and refund policies, including cash, check and credit card acceptance procedures.
- Comply fully with open, shift change, and close procedures; ensure that access doors are locked at closing and that all managers' and associates' packages and belongings are visually inspected at store closing or at end of a shift.
- Manage awareness of all in-store activity and stock levels; communicate all out of stock issues to the District Manager and Regional Loss Prevention Manager.
- Recognize potential theft/loss situations and provide personal customer service to deter theft.
- Conduct merchandise counts/inventories in a timely/accurate manner; and communicate discrepancies to District Manager and Loss Prevention.
- Report asset, merchandise and register discrepancies to the District Manager within 24 hours.
- Secure all funds at all times. Ensure that high-risk product is merchandised and appropriately secured.
- Ensure that keys, passwords and safe combinations are protected from associates and sales floor is not left unattended or without a supervisor in the store.
- Comply with and ensure that entire store staff follows merchandise checkout and discount policies.
- Complete price/sku changes timely and accurately.
- Receive and check shipments for discrepancies/shortages within 24 hours of arrival and post information in POS system.
- Apprehend shoplifters within the established procedures and ensure staff is trained on guidelines.
- Process defectives/recalls and stock pulls accurately and promptly, ensuring that all boxes are properly labeled and include packing lists.
- Maintain awareness of associate and customer safety. Identify and address potentially hazardous situations.
- Ensure title-on-hand and daily bulk counts are conducted daily.
- Audits refund/trade-in log with weekly calls to customers.

**STORE ADMINISTRATION**

- Ensure that the store always opens on schedule and is in compliance with mall and/or strip opening and closing regulations.
- Count, balance and reconcile daily business transaction totals on paper and record information into POS system.
- Ensure that all closeout paperwork for daily business transactions is completed correctly according to procedures.
- Ensure all banking procedures are completed in a timely manner. Ensure bank deposit slips are completed accurately and bank deposits are made on a daily basis per company guidelines. Maintain sufficient cash/change amounts.
- Manage and maintain store records/files in a neat and organized manner. Keep manuals up to date.
- Ensure the Game Planner is completed accurately according to company policies and procedures.
- Ensure all new associate paperwork is accurately completed and original documents are sent to the Human Resources department.
- Adhere to operational procedures and company policies and practices as communicated through the company handbook, procedure manual, and other communications as released.

**MERCHANDISING/STORE APPEARANCE**

- Effectively manage, implement, and maintain merchandise sections, in store promotions, signage and displays, and pricing strategies according to current guidelines and time lines; ensure sections are well organized.
- Ensure that all products are represented on display, and are properly packaged, shrink wrapped, and labeled.
- Ensure that all areas of the store are clean, organized and merchandised per guidelines at all times.
- Maintain and keep in working order all store fixtures and equipment.
- Manage store staff to ensure shelves, counters, fixtures, merchandise, and store equipment is clean and free of dust.
- Ensure backroom, cash wrap backstock product, and store supplies are organized.
- Ensure, paper, packing/wrapping materials, and any other trash/garbage/debris within the store, is picked up and appropriately discarded.

## Essential Job Skills/Abilities

- Ability to work alone and move throughout store unassisted, for extended periods of time (up to 12 hours per day).
- Ability to lift and/or move objects and displays (up to 30 lbs.), bend, stoop, reach with arms and hands, and climb on ladders.

- Possess strong customer service skills, including clear verbal and written communication skills.
- Possess basic mathematical skills, alphabetical skills, and working knowledge of computerized cash register and POS system.
- Ability to read and interpret documents.
- Able to work as scheduled to meet attendance requirements.
- Ability to deliver bank deposits according to Loss Prevention safety guidelines.
- Exhibit team building and team leadership qualities.
- Ability to work in a fast-paced, rapidly changing, diverse work environment.
- Ability to work extended hours/days as necessary, including Sundays.
- Strong interpersonal skills.



- Ability to deal with problems involving several concrete variables in standardized situations.
- Ability to meet individual sales, shrink, and special program goals.
- Ability to attend off-site conferences and meetings as necessary.

## Education

- High School diploma with some college preferred.
- Must be at least 18 years old.
- 2-3 years previous retail management experience preferred.

## Skills

- Basic Math
- MS Excel
- Retail Experience
- Mgt. Experience
- Point of Sale Systems
- MS Word