**Exhibit C**

**Connecticut Department of Labor**
Wage and Workplace Standards Division
200 Folly Brook Boulevard
Wethersfield, CT 06109

Tel.: 860-263-6790    www.ct.gov/dol

| OFFICIAL USE ONLY: | |
|---|---|
| Unit: | Agent Initials: |
| Industry Code: | |
| Territory: | |

# STATEMENT OF CLAIM FOR WAGES

**INSTRUCTIONS:** Complete both sides of this form, and sign. Type or print legibly. Complete all items to the best of your knowledge. Failure to do so may result in delays. Enclose any copies of documentation that may be relevant to your claim. Please notify us immediately by mail if you have a change of address, phone number or have been paid.

## EMPLOYEE INFORMATION

| 1. Your Name (Employee) | 4. Date | 5. Social Security Number | 5a. Sex ☐ Male ☐ Female |
|---|---|---|---|
| 2. Your Address (Number and Street) | (City or Town) | (State) | (Zip Code) |
| 3. Your Telephone Number | 6. Type of Work Done / Occupation / Title | | |

## EMPLOYMENT INFORMATION

| 7. Business Name (Employer) | 9. Business Telephone No |
|---|---|
| 8. Business <u>Street</u> Address *(not a P.O. Box)* | (City or Town) / (State) / (Zip Code) |

10. Other Business Name(s) that might be used by employer

| 11. Name of Person in charge | 12. Title (e.g.: owner, president, manager) |
|---|---|

13. Did you work at the business address listed in item #7?
    ☐ Yes    ☐ No    Please provide location:

| 14. Number of Hours Per Week | Date Hired | First Wage Rate | Last Wage Rate | Quit / Layoff ☐<br>Discharged ☐<br>Still Employed ☐ |
|---|---|---|---|---|
| 15. Date of Separation | Reason for the Separation | | | |
| 16. Wages Claimed From (Date) | To (Date) | At the Rate of (Hour, Day, Week, etc.) | Total Amount Claimed | |

## CLAIM DETAILS

17. Please check the reason(s) you are filing this claim:

☐ Final paycheck(s) not received or incorrect

☐ Commission(s) not received or incorrect
   (please provide detailed information and employment agreement if available)

☐ Bonus

☐ Vacation Pay upon termination
   (please provide written policy)

☐ Minimum Wage

☐ Overtime wages (time and one-half)

☐ Not paid for all hours worked

☐ Non-Payment of Prevailing Rate on Public Works Project
   (please provide project name(s) on back of this form)

☐ Improperly classified as an independent contractor

☐ Bounced paycheck

☐ Illegal deductions

☐ No paystub

**Explain why you believe the employer owes you wages. List the dates and hours for which you believe wages are due.** *Attach additional sheets if necessary.*

**18. Did you ask the employer for the money you believe is due?**

☐ Yes     Name and title of person you asked: _____

☐ No      If No, why _____

## ►►IMPORTANT◄◄

**PLEASE NOTE THE FOLLOWING:**

1. This claim form will be returned to you if it is incomplete or illegible.
2. If you are complaining that you did not receive a **final paycheck**, you must physically report to the normal place you are paid and attempt to obtain payment yourself. Making phone calls and/or sending friends or relatives to obtain payment are not sufficient. If you do not attempt to obtain payment yourself, we will not investigate your claim.
3. This Division has jurisdiction over **wage issues only**. We cannot assist you in obtaining payment for time not worked (holiday pay, severance pay, etc.), or for expenses, tax issues, or pension plan issues. We may be able to assist you in obtaining payment for unused fringe benefits such as vacation pay, but only upon separation of employment.

In signing this form, I hereby attest to the following:

- That this is a true statement of wages due me to the best of my knowledge and belief. I hereby assign all wages and all penalties accruing because of their non-payment, and all liens securing them to the Labor Commissioner of the State of Connecticut to collect in accordance with the law.
- That I authorize the mailing at my own risk of any money paid on this claim.
- That I authorize the Labor Commissioner or any person authorized by the Labor Commissioner to approve a proposed compromise adjustment or settlement of this claim, unless I object in writing within ten days after notification to me at the address given by me to the Labor Commissioner. I understand my claim may be reassigned back to me to pursue in small claims court or through a private attorney.
- If I do not request in writing, subsequent to closure of this case, the return of any papers submitted by me in connection with this claim, I hereby authorize the Labor Commissioner to destroy them after three years.

**19. I understand that this complaint form is subject to the Freedom of Information laws.**
*(If you are filing anonymously, you are not required to sign below.)*

_____     _____
Signature                                                                                      Date

_____     _____
Signature of Parent or Guardian *(required if claimant is under 18 years old)*      Date

WCA-1 (Rev 1/09)

# Filing A Wage Complaint - Instructions

Last Updated: May 20, 2009

**You are here:** DOL Web Site ▸ Wage and Workplace Standards ▸ Filing A Wage Complaint - Instructions

If you need to file a wage complaint with our Wage and Workplace Standards Division, you may access the Statement of Claim for Wages Form through our Web site. This form was previously available only through the mail or by visiting your local Job Center/*CTWorks* Career Center. The **Wage Payment Laws** are available on our web site for your convenience.

Please note that because the form requires your signature, it is not a form that you can transmit electronically to our department. In order to use the form, you must print it. However, we now have two versions of the form available to you: one version that requires you to produce a paper copy, and print or type the information requested, and one version that allows you to complete the form on-line.

**Special Instructions When Completing the On-Line version of the Statement of Claim for Wages Form:**

The on-line version of this form was designed in PDF format to enable you to complete it on your computer. However, in order for you to view and print PDF files, it is necessary to have the Adobe Acrobat Reader software installed on your computer. The Adobe Acrobat Reader may be downloaded for free from the Adobe Web Site.

***Do not attempt to save your completed form to your computer unless you have the full version of the Adobe Acrobat software installed on your computer. Trying to do so will cause you to lose all the information you entered.***

Regardless of which version of the form you choose, make sure that once you print it out, that you **sign the form**, and return it to the address provided at the end of the form.

If you need assistance in completing this form, please contact the Wage and Workplace Standards Division at (860) 263-6790 or your local *Connecticut Works* Career Center.

- Statement of Claim For Wages Form (PDF, 94KB) (to complete on-line)
- Statement of Claim For Wages Form (PDF, 125KB) (to print and complete - type or handwritten)
- Statement of Claim for Wages Form (Spanish) (WORD, 111KB)

Published by the Connecticut Department of Labor, Project Management Office