**Exhibit D**

Case 3:09-cv-00340-VLB   Document 17-7   Filed 06/12/09   Page 1 of 6

Search
Checkout

| ABOUT US | DISPUTE RESOLUTION SERVICES | FILE A CASE | AAA UNIVERSITY | NEUTRALS | CONTACT US |

## AAA OFFICES

- CASE MANAGEMENT CENTERS
- HEADQUARTERS AND DEPARTMENTS
- INTERNATIONAL
- REGIONAL OFFICES INFORMATION
- REGIONAL OFFICES DIRECTIONS
- VIDEO CONFERENCING SERVICES

## HEADQUARTERS AND DEPARTMENTS

Corporate Headquarters Map & Directions
1633 Broadway, 10th Floor
New York, New York 10019
212-716-5800 Fax: 212-716-5905

Case Management Map & Directions
Christine Newhall
Senior Vice President
One Center Plaza, Suite 300
Boston, MA 02108
617.451.6600
Email: NewhallC@adr.org

Neutrals Services Map & Directions
John C. Emmert, Jr.
Senior Vice President
1633 Broadway, 10th Floor
New York, NY 10019
212.716.5800 Fax: 212.716.5901
Email: EmmertJ@adr.org

AAA University Map & Directions
Harry Kaminsky
Vice President
3200 N. Central Ave., Suite 2100
Phoenix, AZ 85012
602.734.9318 Fax: 602.279.3077
Email: AAAUniversity@adr.org

Election Services Map & Directions
Kenneth Egger
Vice President
230 South Broad Street, 12 th Floor
Philadelphia, PA 19102
215-731-2281 Fax: 215-985-0977
Email: EggerK@adr.org

Claims Programs Map & Directions
200 South College Street, Suite 1800
Charlotte, NC 28202
704-347-6658
Email: Websitemail@adr.org

Independent Fact-Finding <u>Map & Directions</u>
200 South College Street, Suite 1800
Charlotte, NC 28202
704-347-6658
Email: <u>Websitemail@adr.org</u>

FILE A CASE    CONTACT US

- <u>AAA MISSION & PRINCIPLES</u>
- <u>PRIVACY POLICY</u>
- <u>TERMS OF USE</u>
- <u>TECHNICAL RECOMMENDATIONS</u>
- ©2007 AMERICAN ARBITRATION ASSOCIATION. ALL RIGHTS RESERVED

Search
Checkout

| ABOUT US | DISPUTE RESOLUTION SERVICES | FILE A CASE | AAA UNIVERSITY | NEUTRALS | CONTACT US |

## AAA OFFICES

- CASE MANAGEMENT CENTERS
- HEADQUARTERS AND DEPARTMENTS
- INTERNATIONAL
- REGIONAL OFFICES INFORMATION
- REGIONAL OFFICES DIRECTIONS
- VIDEO CONFERENCING SERVICES

### CASE MANAGEMENT CENTERS

If you would like to file a case by mail or fax, please complete the appropriate form(s) and forward to the Case Management Center that administers cases for your state or area.

- Domestic Case Management Centers
- International Case Management Centers
- Labor Case Management Offices
- State Insurance Case Management Centers

| FILE A CASE | CONTACT US |

- AAA MISSION & PRINCIPLES
- PRIVACY POLICY
- TERMS OF USE
- TECHNICAL RECOMMENDATIONS
- ©2007 AMERICAN ARBITRATION ASSOCIATION. ALL RIGHTS RESERVED

Search
Checkout

| ABOUT US | DISPUTE RESOLUTION SERVICES | FILE A CASE | AAA UNIVERSITY | NEUTRALS | CONTACT US |

AAA PRE-FILING FACTS

- BEFORE YOU FILE A CASE
- CASE FILING FEES
- TRANSLATION AND OTHER RESOURCES
- WHERE TO FILE YOUR CASE

DOMESTIC CASE MANAGEMENT CENTERS

Western Case Management Center map & directions
Administers cases in AK, AZ, CA, CO, HI, ID, MT, NV, NM, OR, UT, WA, WY

Jeffrey Garcia
Vice President, Western Case Management Center
6795 N. Palm Avenue, 2nd Floor
Fresno, CA 93704
877-528-0880 Fax: 559-490-1919
Email: GarciaJ@adr.org

Southeast Case Management Center map & directions
Administers cases in AL, DC, FL, GA, IN, KY, MD, NC, OH, SC, TN, VA

John M. Bishop
Vice President, Southeast Case Management Center
American Arbitration Association
2200 Century Parkway, Suite 300
Atlanta, GA 30345-3203
404-325-0101 Fax: 404-325-8034
Email: BishopJ@adr.org

Northeast Case Management Center map & directions
Administers cases in CT, DE, ME, MA, MI, NH, NY, NJ, PA, RI, VT, WV

Chris Fracassa
Vice President, Case Management Center
950 Warren Avenue
East Providence, RI 02914
866-293-4053 Fax: 401-435-6529
Email: FracassaC@adr.org

Central Case Management Center map & directions
Administers cases in AR, IL, IA, KS, LA, MN, MS, MO, NE, ND, OK, SD, TX, WI

Molly Bargenquest
Vice President, Case Management Center
1750 Two Galleria Tower
13455 Noel Road

Dallas, TX 75240-6636
972-702-8222 Fax: 972-490-9008
Email: BargenquestM@adr.org

FILE A CASE    CONTACT US

- AAA MISSION & PRINCIPLES
- PRIVACY POLICY
- TERMS OF USE
- TECHNICAL RECOMMENDATIONS
- ©2007 AMERICAN ARBITRATION ASSOCIATION. ALL RIGHTS RESERVED